Anne E. Lopez This is the end of the session.
judges: MURGUIA, WARDLAW, NGUYEN, OWENS, NELSON, BADE, BRESS, FORREST, VANDYKE, SANCHEZ, THOMAS